IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-3
No. 5:18-CR-00452-FL-4

| | |
|---|---|
| **United States of America**, | |
| v. | |
| **Alexey Vladimirovich Timofeev &** **Olesya Yuryevna Timofeev**, | **Order** |
| Defendants. | |

    The court orders the Federal Public Defender to appoint two members of the court's Criminal Justice Act Panel to be present at the Rule 44(c) hearing scheduled for Wednesday, January 16, 2019. The appointed attorneys should be prepared to advise the defendants, should the defendants request their advice, on the risks and benefits of being represented by the same attorney in their criminal proceeding.

Dated: January 15, 2019

_____
Robert T. Numbers, II
United States Magistrate Judge