UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CR-00452-FL-3
No. 5:18-CR-00452-FL-4

| | |
|---|---|
| UNITED STATES OF AMERICA <br><br> v. <br><br> ALEXEY VLADIMIROVICH TIMOFEEV <br> OLESYA YURYEVNA TIMOFEEVA | ORDER |

Upon motion of the Defendant, it is hereby ORDERED that Docket Entry Number 362 be sealed until such time as it is requested to be unsealed by the Defendant.

SO ORDERED, This 9th day of January, 2020.

_____
LOUISE W. FLANAGAN
United States District Judge